No. 23-3019

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
_____


JOANN CHASE, *et al.*,

        *Plaintiffs – Appellants*,

v.

ANDEAVOR LOGISTICS, L.P., *et al.*,

        *Defendants – Appellee*s,


On Appeal from the United States District Court
for the District of North Dakota
Case No. 1:19-cv-00143-DMT
Hon. Daniel M. Traynor

_____

## NOTICE OF TRANSCRIPTS, ISSUES, AND APPENDICES
_____

        Keith M. Harper
        JENNER & BLOCK LLP
        1099 New York Ave. NW
        Suite 900
        Washington, DC 20001
        Telephone: (202) 639-6000
        Email: kharper@jenner.com

        *Counsel for Plaintiffs-Appellants*

i

Appellate Case: 23-3019    Page: 1    Date Filed: 09/20/2023 Entry ID: 5318428

To the Honorable Court of Appeals:

Pursuant to Fed. R. App. P. 10(b), Plaintiffs-Appellants hereby certify that the transcript of the proceedings from the September 22, 2022 telephonic status conference was previously ordered, and that the transcript of the proceedings from the June 8, 2023 telephonic status conference was ordered on September 19, 2023. Per Fed. R. App. P. 10(b)(1)(A)(iii), a copy of that order is on file with the district court.

Because all transcripts have been ordered in this matter, pursuant to Fed. R. App. P. 10(b)(3), a statement of the issues need not be presented.

As required by Eighth Circuit Local Rule 30A(b), Plaintiffs-Appellants also hereby notify the Court and all parties that Plaintiffs-Appellants will prepare and file their own appendix. *See* 8th Cir. R. 30A(b)(3).

Respectfully submitted this 20th day of September 2023.

*/s/ Keith M. Harper*
Keith M. Harper
JENNER & BLOCK LLP
1099 New York Ave. NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Email: kharper@jenner.com

*Counsel for Plaintiffs-Appellants*