September 17, 2024

**VIA PACER CM/ECF**

Maureen W. Gornik
Acting Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, Missouri 63102



Norton Rose Fulbright US LLP
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
United States of America

**Jeffrey A. Webb**
**Co-Head of Energy and Infrastructure Disputes, United States**
Direct line +1 210 270 7109
jeff.webb@nortonrosefulbright.com

Tel +1 210 224 5575
Fax +1 210 270 7205
nortonrosefulbright.com

Re: *JoAnn Chase et al. v. Andeavor Logistics, L.P., et al.*, No. 23-3019

Dear Honorable Clerk Gornik:

We represent Appellees in the above-referenced case. Pursuant to the Court's notice dated April 5, 2024 regarding oral argument, we write to update you that counsel for Appellees have a scheduling conflict for the October 21-25, 2024 oral argument dates due to a trial set to begin October 15, 2024 and anticipated to continue for at least three weeks.

Sincerely,

*/s/ Jeffrey A. Webb*

Jeffrey A. Webb

JAW/dtk
cc: All Counsel (Via CM/ECF)

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

202949221.1

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.